

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2017

No. 04-17-00291-CV

Roberto Avila **RODRIGUEZ**,
Appellant

v.

**PANTHER EXPEDITED SERVICES INC**., Amigo Staffing, Inc., Dicex International, Inc.,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT001668 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

After this court granted two prior extensions, appellant's reply brief was due December 1, 2017.  The reply brief was not filed.  On December 11, 2017, appellant filed a third extension, which is unopposed, requesting additional time in which to file his reply brief.  Appellant filed the reply brief with the motion for extension of time.  After review, we **GRANT** appellant's motion and appellant's reply brief is deemed filed.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court